

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00136-CV

**IN THE INTEREST OF J.M.L.T.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00621
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that no costs shall be assessed against appellants in relation to this appeal because they qualify as indigent under TEX. R. APP. P. 20.

SIGNED July 31, 2019.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice